**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John D. STANTON, III, Defendant–**
**Appellant.**

No. 13–13671.

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2014.

Linda Julin McNamara, Arthur Lee Bentley, III, Robert Monk, Matthew J. Mueller, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Judy K. Hunt, Law Office of Judy K. Hunt, St. Petersburg, FL, for Defendant–Appellant.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

After a jury trial, John Stanton, III appeals his convictions and sentences for obstructing the administration of the internal revenue laws (Count One), 26 U.S.C. § 7212(a) and 18 U.S.C. § 2; failing to timely file a corporate income tax return for Denouement Strategies, Inc. (Counts Two and Three) and for Florida Engineered Construction Products Corporation (Counts Four, Five, and Six), 26 U.S.C. § 7203; and failing to timely file an individual income tax return (Counts Seven and Eight), *id.*

On appeal, Stanton raises the following issues: (1) whether sufficient evidence supported his conviction on Count One for corruptly endeavoring to impede or obstruct the administration of the internal revenue laws; (2) whether he was unconstitutionally convicted under § 7212(a) based on lawful conduct, or, alternatively, whether that statutory provision is unconstitutionally vague and overbroad; (3) whether sufficient evidence supported his convictions on Counts Four through Six for failing to file corporate tax returns; (4) whether cumulative error deprived him of a fair trial; and (5) whether the district

court imposed a procedurally and substantively reasonable sentence.

After review and oral argument, we conclude that all of the issues in this appeal lack merit, and thus affirm Stanton's convictions and sentences.

**AFFIRMED.**